# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARLY AVRAHAM, <br><br> *Plaintiff*, <br><br> v. <br><br> SPENCER GOLDEN a/k/a PETER CALDERON and SARAH MCCLATCHY, <br><br> *Defendants*. | Case No: 2:18-CV-11795 (JLL) (JAD) <br><br> **REQUEST FOR CERTIFICATE OF DEFAULT** |

TO:   WILLIAM T. WALSH
       UNITED STATE DISTRICT COURT
       DISTRICT OF NEW JERSEY

Please enter the default of defendant SPENCER GOLDEN a/k/a PETER CALDERON pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and the from the attached affirmation of David D. Lin, Esq.

Dated:   Brooklyn, New York
         September 11, 2018

                                          /s/ David D. Lin
                                    David D. Lin, Esq. (DL-3666)
                                    Lewis & Lin, LLC
                                    45 Main Street, Suite 608
                                    Brooklyn, NY 11201
                                    Tel: (718) 243-9323
                                    Email: David@iLawco.com

                                    *Counsel for Plaintiff Carly Avraham*