## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CARLY AVRAHAM,

                      *Plaintiff*,

    v.

SPENCER GOLDEN a/k/a PETER CALDERON and SARAH MCCLATCHY,

                      *Defendants*.

Case No:  2:18-CV-11795 (JLL) (JAD)

**CERTIFICATE OF DEFAULT**

      I, William T. Walsh, Clerk of Court of the United States District Court for the District of New Jersey, do hereby certify that the defendant SARAH MCCLATCHY has not filed an answer or otherwise moved with respect to the complaint herein.  The default of defendant SARAH MCCLATCHY is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Newark, New Jersey
       September ___, 2018

                                        WILLIAM T. WALSH, Clerk of Court

                                        By: _____
                                                  Deputy Clerk