UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARLY AVRAHAM,<br><br>        Plaintiff,<br><br>v.<br><br>SPENCER GOLDEN and SARAH MCCLATCHY,<br><br>        Defendants. | Civil Action No.: 18-11795 (JLL)<br><br>**ORDER** |

This matter comes before the Court by way of Plaintiff Carly Avraham's motion for default judgment, (ECF No. 12), and cross-motions to vacate entries of default filed by both Defendants, Spencer Golden and Sarah McClatchy, (ECF Nos. 24 and 25). For the reasons set forth in the Court's corresponding Opinion,

IT IS on this __19th__ day of February, 2019,

**ORDERED** that Plaintiff's motion for default judgment against Defendants, (ECF No. 12), is DENIED; and it is further

**ORDERED** that Defendant Golden's cross-motion to vacate the default that has been entered against him, (ECF No. 24), is GRANTED; and it is further

**ORDERED** that Defendant McClatchy's cross-motion to vacate the default that has been entered against her, (ECF No. 25), is GRANTED; and it is further

**ORDERED** that the defaults that have been entered against both Defendants Golden and McClatchy, (unnumbered docket entries following ECF No. 7 and ECF No. 10), are VACATED;

and it is further

**ORDERED** that Defendant Golden's motion to dismiss, (ECF No. 24-4 at 14-31), is DENIED WITHOUT PREJUDICE; and it is further

**ORDERED** that Plaintiff is directed to submit for the Court's consideration and approval an attorney certification and supporting documentation of the requested attorney's fees and costs that she expended in relation to her attorney's appearance at the January 15, 2019 default judgment hearing; and it is further

**ORDERED** that the Defendants are granted leave, and directed to, separately file either an answer to the Complaint or a dispositive motion within 21 days of the entry of this Order.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　/s/ Jose L. Linares
　　　　　　　　　　　　　　　　　　　　JOSE L. LINARES
　　　　　　　　　　　　　　　　　　　　Chief Judge, United States District Court